UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION UNDER
ARTICLE 7 OF THE REAL PROPERTY TAX LAW AND
ARTICLE 78 OF THE CIVIL PRACTICE LAW AND RULES

FIQH MOSQUE,

|  |  |
|---|---|
| Plaintiff, | **NOTICE OF PETITION FOR REMOVAL** |
| -against- | Case No.: 1:20-cv -940 (FJS/CFH) |
|  | *Jury Trial Demanded* |

TINA DIMITRIADIS, IN HER OFFICIAL CAPACITY AS
ASSESSOR FOR THE CITY OF WATERVLIET, NEW YORK,
IRVIN ACKERMAN, MATTHEW MALONEY, AND DON
HOGAN, IN THEIR OFFICIAL CAPACITIES AS MEMBERS
OF THE BOARD OF ASSESSMENT REVIEW FOR THE CITY
OF WATERVLIET, NEW YORK, AND THE CITY OF
WATERVLIET, NEW YORK,

Defendants.

FOR REVIEW OF THE 2020-2021 TAX ASSESSMENT OF
CERTAIN REAL PROPERTY IN THE CITY OF WATERVLIET,
NEW YORK UNDER ARTICLE 7 OF THE REAL PROPERTY
TAX LAW, FOR JUDGMENT UNDER ARTICLE 78 OF THE
CIVIL PRACTICE LAW AND RULES, FOR DAMAGES UNDER
THE UNITED STATES AND NEW YORK STATE
CONSTITUTIONS AND 42 U.S.C. §§ 1983 AND 1988, AND FOR
DECLARATORY JUDGMENT UNDER CPLR § 3001

---

**TO:**    **Daniel A. Spitzer, Esq.**
*Attorney for Petitioner – Plaintiff*
**Hodgson Russ, LLP**
**The Guaranty Building**
**140 Pearl Street**
**Buffalo, NY 14202**
**(716) 848-1420**

27389970.v1

Albany County Supreme Court Clerk
16 Eagle Street
Albany, NY 12207

**PLEASE TAKE NOTICE,** that on August 17, 2020, Defendant City of Watervliet in the above-entitled action, by and through its counsel, Goldberg Segalla, LLP, filed a Petition of Removal, a copy of which is attached hereto, of the above-entitled action to accomplish the removal of the action (other than the CPLR Article 78/RPTL Article 7 proceeding) pending in the Supreme Court of the State of New York, Albany County, to the United States District Court for the Northern District of New York, also filed a copy thereof with the Clerk of Albany County Supreme Court, State of New York, to effect removal pursuant to 28 U.S.C. §1446(c). Under 28 U.S.C. §§ 1441, 1446 and F.R.C.P. Rule 81(c), this action now will be placed on the docket of the District Court for further proceedings.

DATED:    Albany, New York
          August 17, 2020

Respectfully submitted,

By: _____
        William J. Greagan, Esq.
Bar Roll No.: 101847
GOLDBERG SEGALLA, LLP
*Attorneys for Defendant, City of Watervliet*
8 Southwoods Boulevard, Suite 300
Albany, New York 12211
Tel. No.: (518) 463-5400

To:    Daniel A. Spitzer, Esq.
       *Attorney for Petitioner – Plaintiff*
       Hodgson Russ, LLP
       The Guaranty Building
       140 Pearl Street
       Buffalo, NY 14202
       (716) 848-1420

       Albany County Supreme Court Clerk
       16 Eagle Street
       Albany, NY 12207

27389970.v1